

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00667-CV

**IN RE** John B. **URBAHNS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

Delivered and Filed:  October 10, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On September 18, 2018, relator filed a petition for writ of mandamus. After considering the mandamus petition and the record, we conclude relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2017CI22479, styled *LSREF2 Cobalt (TX), LLC v. 410 Centre, LLC and John B. Urbahns*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.